# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOBETH STIDHAM, | : | Case No. 3:12-cv-165 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

For good cause shown, Plaintiff's motion for an extension of time to serve Defendant (doc. 7) is **GRANTED**. *See* Fed. R. Civ. P. 4(m). Plaintiff is **AFFORDED** until **November 13, 2012** in order to properly serve of Defendant.

The Clerk shall **PLACE UNDER SEAL** Plaintiff's motion and affidavit as requested in the motion and for reasons more fully set forth in the motion.

October 12, 2012                                                             s/ **Michael J. Newman**
                                                                             United States Magistrate Judge